IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MARTIN JAMES TIRRELL,<br><br>　　　　　Defendant. | No. 4:25-cr-133<br><br>MOTION TO WITHDRAW AS COUNSEL |

　　　COMES NOW, Melanie S. Keiper of the Federal Public Defender's Office and pursuant to LR 83(d)(6), respectfully requests the Court's permission to withdraw as attorney for the defendant, Martin James Tirrell.  Assistant Federal Public Defenders Joseph D. Herrold and Phillip F. Jose entered their appearances on behalf of the defendant on November 12, 2025. (Docket Nos. 22 & 23).

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　 /s/ Melanie S. Keiper
　　　　　　　　　　　　　　　　　　MELANIE S. KEIPER
　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　FEDERAL DEFENDER'S OFFICE
　　　　　　　　　　　　　　　　　　400 Locust Street, Suite 340
　　　　　　　　　　　　　　　　　　Des Moines, Iowa 50309-2353
　　　　　　　　　　　　　　　　　　Phone: (515) 309-9610
　　　　　　　　　　　　　　　　　　Fax: (515) 309-9625
　　　　　　　　　　　　　　　　　　Email: melanie_keiper@fd.org
　　　　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

　　　I hereby certify that on November 12, 2025, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

　　　　　　　　　　　　　　　　　　 /s/ Morgan Conn, Paralegal